## THE KING *vs.* ALIONA.

The facts of the case being similar to those of *The King vs. C. Y. Aiona and Apoi*, this day decided by us, the motion to dismiss the appeal herein is denied for the reason expressed in the opinion in the former case.

Honolulu, April 16, 1884.

NOTE. See Art. No. LXII of the Session Laws of 1886, amending Law as to appeals.